**UNITED STATES COURT OF INTERNATIONAL TRADE**                    **FORM 3**

| |
|---|
| **DEACERO S.A.P.I. DE C.V. AND**<br>**DEACERO USA, INC.**<br><br>                     **Plaintiffs,**<br>   **v.**<br><br>**UNITED STATES,**<br>                     **Defendant.** |

                          **SUMMONS**

**TO:**    The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

        **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. '1581(c) to contest the determination described below.



                          **/s/ Mario Toscano**
                          Clerk of the Court

1.      Deacero S.A.P.I. de C.V. is a Mexican producer of subject merchandise, and Deacero USA, Inc. is a U.S. importer of subject merchandise.  Therefore, they are interested parties within the meaning of 19 U.S.C. § 1516a(f)(3) and 19 U.S.C. § 1677(9)(A).  These two entities (collectively, "Deacero") participated as parties in the U.S. Department of Commerce's circumvention inquiry that led to the contested determination, and accordingly they have standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

        (Name and standing of plaintiff)

2.      Deacero appeals the final determination of the U.S. Department of Commerce in the circumvention inquiry of the antidumping duty order on prestressed concrete steel wire strand from Mexico, concerning imports of certain high carbon steel wire from Mexico.  *See Prestressed Concrete Steel Wire Strand From Mexico: Final Affirmative Determination of Circumvention of the Antidumping Duty Order*, 89 Fed. Reg. 79,252 (Dep't Commerce Sept. 27, 2024); *Prestressed Concrete Steel Wire Strand From Mexico: Final Affirmative Determination of Circumvention of the Antidumping Duty Order; Correction*, 89 Fed. Reg. 85,844 (Dep't Commerce Oct. 29, 2024).

        (Brief description of contested determination)

3.      The U.S. Department of Commerce's final determination was signed on September 20, 2024.  The amended final determination was signed on October 23, 2024.

        (Date of determination)

4.  The U.S. Department of Commerce's final determination was published in the Federal Register on September 27, 2024. *Prestressed Concrete Steel Wire Strand From Mexico: Final Affirmative Determination of Circumvention of the Antidumping Duty Order*, 89 Fed. Reg. 79,252 (Dep't Commerce Sept. 27, 2024). The amended final determination was published in the Federal Register on October 29, 2024. *Prestressed Concrete Steel Wire Strand From Mexico: Final Affirmative Determination of Circumvention of the Antidumping Duty Order; Correction*, 89 Fed. Reg. 85,844 (Dep't Commerce Oct. 29, 2024).

_____

(If applicable, date of publication in Federal Register of notice of contested determination)


    /s/ Jeffrey I. Kessler
Signature of Plaintiffs' Attorney


    November 27, 2024
       Date

David J. Ross
Jeffrey I. Kessler
Stephanie E. Hartmann
WILMER CUTLER PICKERING
  HALE and DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6612
jeffrey.kessler@wilmerhale.com

*Counsel to Deacero*

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. 1581(c), is
commenced to contest a determination listed in section 516A(a)(2)
or (3) of the Tariff Act of 1930, the action is commenced by filing
a summons only, and the clerk of the court is required to make
service of the summons. For that purpose, list below the complete
name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28,
2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017;
Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
Civil Division
**U.S. Department of Justice**
26 Federal Plaza
Room 346, Third Floor
New York, NY 10278

Supervising Attorney
Commercial Litigation Branch
Civil Division
**U.S. Department of Justice**
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

General Counsel
Attn: Office of the Chief Counsel for Trade
Enforcement & Compliance
**U.S. Department of Commerce**
1401 Constitution Ave. NW
Washington, DC 20230