## UNITED STATES COURT OF INTERNATIONAL TRADE

DEACERO S.A.P.I. DE C.V. AND
DEACERO USA, INC.,

     Plaintiffs,

v.

UNITED STATES,                                             Before:  Joseph A. Laroski, Jr., Judge

     Defendant,                                            Court No. 24-00212

INSTEEL WIRE PRODUCTS COMPANY,
SUMIDEN WIRE PRODUCTS
CORPORATION, AND WIRE MESH
CORP.,

     Defendant-Intervenors.

## JUDGMENT

This case having been duly submitted for decision; and the court, after due deliberation, having rendered a decision herein; now therefore, in conformity with said decision, it is hereby

**ORDERED** that Plaintiff's Motion for Summary Judgment is **DENIED**; and it is further

**ORDERED** that the Department of Commerce's Final Determination is **SUSTAINED**; it is further

**ORDERED** that judgment is entered for the United States.

                           /s/     Joseph A. Laroski, Jr.
                                        Judge

Dated: May 26, 2026
      New York, New York